UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CAROLYN PINKSTON, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN MARKET, LLC, a Foreign Limited Liability Company,<br><br>Defendant. | Case No. 2:26-cv-02628-JHC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** |

THIS MATTER comes before Court on Plaintiff's Motion to Remand. Dkt. # 9. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, for the reasons provided by Plaintiff at Dkt. ## 9 & 12, the Court GRANTS the motion. Notably, this decision accords with this Court's recent rulings in *Yelenick v. Cochran, Inc.*, 2026 WL 850587 (W.D. Wash. March 27, 2026), and *Anderson v. Sequoyah Electric LLC*, 2026 WL 322753 (W.D. Wash. February 6, 2026).

Accordingly, the Court REMANDS this matter to King County Superior Court. The Court DIRECTS the Clerk to copies of this Order to counsel of record and to the King County Superior Court Clerk.

//

//

DATED this 23rd day of October, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE